```
                Alliance Heavy Equipment Management & Services, L.P. Matrix.txt
Alliance Heavy Equipment Management & Se
19019 Aldine Westfield Road
Houston, TX 77073-3815

Action Supply
5513 Norments
Houston, TX 77039

All-Tracks, LLC
P.O. Box 87099
Houston, TX 77287-7099

Altsource USA
1700 S. Powerline
Deerfield Beach, FL 33442

American Crane & Tractor Parts
2200 State Line
Kansas City, KS 66103

American Express Gold
P.O. Box 650448
Dallas, TX 75265-0448

American Express Platinum
P.O. Box 650448
Dallas, TX 75265-0448

Andrew Hotchkiss
19019 Aldine Westfield Road
Houston, TX 77073-3815

Art's Use Parts
225 Sunset Avenue
Smiths Grove, KY 42171

BBVA Compass Bank,
Successor to Texas State Bank
P.O. Box 4943
Houston, TX 77210

BBVA Compass Bank,
Successor to Texas State Bank
P.O. Box 4600 Five Riverway
Houston, TX 77210-4900

Carlton Staffing
P.O. Box 3013
Houston, TX 77253

Century Hydraulics
P.O. Box 1848
Tomball, TX 7377-1848

Clark Equipment Company/
Doosan Infracore America Corp.
400 Perimeter Center Terrace, Suite 750
Atlanta, GA 30346

Clark Equipment Company/
Doosan Infracore America Corp.
2905 Shawnee Industrial Way
Suwanee, GA 30024
                                        Page 1
```

Alliance Heavy Equipment Management & Services, L.P. Matrix.txt

Community Coffee Company
P.O. Box 60141
New Orleans, LA 70160

Costex Tractor Parts
6100 N.W. 77th C
Miami, FL 33166

Cunningham Equipment
26613 167th Place
Kent, WA 98042

Dean Machinery Company
14069 LIV 261
Cillicothe, MO 64601

Everbank Commercial Finance
Dept. # 1608
Denver, CO 80291-1608

Donald L. Poarch
1041 Conrad Sauer
Houston, TX 77043

GE Capital/Citicorp Leasing, Inc.
450 Mamaroneck Avenue
Harrison, NY 10528

GE Capital/Citicorp Leasing, Inc.
P.O. Box 536447
Atlanta, GA 30353-6447

Heavyquip
14910 Gulf Freeway
Houston, TX 77034

Huntington Copper, LLC
4770 Duke Blvd., Suite 390
Mason, OH 45040

IHM Used Parts
882 Bee Mason Road
Hickory, KY 42051-9330

Independent Distributors Association
3030 LBJ Freeway
Dallas, TX 75234

Ironpeddlers Parts
3504 Rocky River
Monroe, NC 28110-9295

ITR North America, LLC
5656 Paysphere Circle
Chicago, IL 60674

ITR North America, LLC
1951 North Wind Parkway
Hobart, IN 46342

Joseph B. Swinbank
1041 Conrad Sauer

```
                 Alliance Heavy Equipment Management & Services, L.P. Matrix.txt
Houston, TX 77043

Michael Burns
6 Ping Court
Davis, OK 73030

Middle East Strategic Advertising
P.O. Box 71530
Dubai, U.A.E.

Midwest Industrial Sales
27343 South Fron.
Channahon, IL 60410

Mustang Tractor & Equipment Co.
P.O. Box 4346 DE
Houston, TX 77210-4346

Naegeli Transportation
7201 Easthave Bl.
Houston, TX 77017-6597

Ocean Bank - Factoring Division
780 NW 42nd Avenue, Suite 300
Miami, FL 33126

PIC, Inc.
P.O. Box 161577
Fort Worth, TX 76161-1577

Portland Tractor, Inc.
P.O. Box 750
Washougal, WA 98671-0750

Quill
P.O. Box 37600
Philadelphia, PA 19101

Regal Corporation
P.O. Box 2529
Knoxville, TN 37901-2529

Reliable Aftermarkets Parts
627 East Grand River Avenue
Williamston, MI 48895

Romar Industries Svcs.
168 Westec Drive
Mount Pleasant, PA 15666-5666

Specialized Parts & Equipment
140 Conway Black Road
Spartanburg, SC 29307

Swinbank-Poarch, Inc.
1041 Conrad Sauer
Houston, TX 77043

TAG Manufacturing, Inc.
P.O. Box 23667
Chattanooga, TN 37422

Texas Comptroller of Public Accounts
                                   Page 3
```

```
                Alliance Heavy Equipment Management & Services, L.P. Matrix.txt
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100

Thill Track & Tractor
W5010 State Road 8
Eau Claire, WI 64701

Unishippers
15715 Tuckerton
Houston, TX 77095

Walker Machinery
Diamond, WV 25329

Wallace Electrical Services
615 Charidges Drive
Houston, TX 77034

Wood Alternator & Starter Service
680 Aldine Mail Route
Houston, TX 77037
```